FILED
CLERK, U.S. DISTRICT COURT

4/16/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>$36,481.00 IN U.S CURRENCY,<br><br>       Defendant. | Case No. 2:18-CV-04863-JAK(JEMx)<br><br>**DEFAULT JUDGMENT OF FORFEITURE** |

    1.   This default judgment is entered against the interests of all potential claimants, including Michael Yeon Cho, Jae Ho Chung and Eun Ah Kim, in the defendant $36,481.00 in U.S. Currency.

    2.   The defendant $36,481.00 in U.S. Currency shall be and hereby is forfeited to the United States of America, which shall dispose of the defendant $36,481.00 in U.S. Currency in the manner required by law.

    **IT IS SO ORDERED.**

Dated: April 16, 2020       _____
                                        John A. Kronstadt
                                        United States District Judge